IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAWN JAMES MILLER,<br><br>Defendant. | CR 20–24–BU–DLC<br><br><br>ORDER |

Before the Court is Defendant Shawn James Miller's pro se motion for compassionate release. (Doc. 150.) Miller's projected release date is June 9, 2025. *See* Inmate Locator, http://www.bop.gov/inmateloc (accessed April 30, 2025); *see also* (Doc. 50 at 2.)

Because Miller's release date is in approximately one month,

IT IS ORDERED that the motion for compassionate release (Doc. 150) is DENIED. The Clerk of Court shall mail a copy of this Order to Defendant.

DATED this 2nd day of May, 2025.

Dana L. Christensen, District Judge
United States District Court