IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAWN JAMES MILLER,<br><br>Defendant. | CR 20–24–BU–DLC<br><br>ORDER |

Before the Court is Defendant Shawn James Miller's pro se motion for compassionate release. (Doc. 182.) Miller's projected release date is February 27, 2027. *See* Inmate Locator, http://www.bop.gov/inmateloc (accessed October 5, 2026).

Because Miller's release date is in approximately six months and the briefing for this matter will require much of that time,

IT IS ORDERED that the motion for compassionate release (Doc. 182) is DENIED. The Clerk of Court shall mail a copy of this Order to Defendant.

DATED this 5th day of October, 2026.

Dana L. Christensen, District Judge
United States District Court